UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAMILLA GASKEY,

                Plaintiff,

      -against-

DONALD JOHN TRUMP, ET AL.,

                Defendants.

25-cv-7011 (LTS)

CIVIL JUDGMENT

For the reasons stated in the November 10, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   November 12, 2025
           New York, New York

                                      /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                    Chief United States District Judge